```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EDWIN GALINDEZ,

                Plaintiff,                        19 **CIVIL** 4548 (MKV)

      -against-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 9, 2020, Magistrate Judge Wang's Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motion for Judgment on the Pleadings is GRANTED insofar as this case is REMANDED for further proceedings. The Commissioner's Motion for Judgment on the Pleadings is DENIED. The decision of the Commissioner denying Plaintiff's application for supplemental security income benefits is VACATED and the case is REMANDED to the Social Security Administration for further proceedings consistent with Magistrate Judge Wang's Report and Recommendation; accordingly, the case is closed.

**Dated:** New York, New York
          November 10, 2020

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                    BY:

                                                            **Deputy Clerk**